HOWKE
vs
BUFORD.

---

APPEAL CASE

Case 12.

December 11.

## Howke *vs* Buford.

ERROR TO THE ROCKCASTLE CIRCUIT.

*Justices of the Peace. Jurisdiction.*

JUDGE BRECK delivered the opinion of the Court.

BUFORD hired to Howke a slave by parol, for fifty dollars, and failed to comply with his contract in letting Howke have the slave. Howke sued out a warrant from a Justice of the Peace, for a breach of the contract, laying his damages at $50; and the only question presented for consideration is, whether under the act of 1828, (2 *Stat. Law,* 902,) the Justice had jurisdiction. That the case is embraced by the second section of that act, does not, in our opinion, admit of a doubt. And this conclusion is sustained by the construction given to it in *Huling* vs *Rife,* (3 *J. J. Marshall,* 587;) *Fortune* vs *Howard,* (4 *J. J. Marshall,* 171;) and *Harris* vs *Pendleton,* (4 *B. Monroe,* 398.) It results that the Court below erred in dismissing the plaintiff's appeal.

Wherefore, the judgment is reversed, and the cause remanded, that a new trial may be granted, without the payment of costs—and the plaintiff is entitled to his costs in this Court.

*B. & A. Monroe* for plaintiff; *Dunlap* for defendant.